MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOSHUA W. SCHMIDT,<br><br>　　　　　Defendant. | Case No. 5:25-po-00168-CDB<br><br>[Citation #E2152171, CA/10]<br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL |

　　　The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #E2152171, CA/10] in Case No. 5:25-po-00168-CDB against JOSHUA W. SCHMIDT, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 2, 2025　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

U.S. v. Schmidt
Case No. 5:25-po-00168-CDB

# **O R D E R**

IT IS HEREBY ORDERED on motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that [Citation #E2152171, CA/10] in Case No. 5:25-po-00168-CDB against JOSHUA W. SCHMIDT be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **June 2, 2025**

_____
UNITED STATES MAGISTRATE JUDGE